Vincent J. Aiello, Esq.
Nevada Bar No. 007970
Linda K. Williams, Esq.
Nevada Bar No. 012135
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: vaiello@spencerfane.com
lwilliams@spencerfane.com
*Attorneys for Defendants, Janien Valentine, Sabrina Valentine and Nicolas Valentine*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>JANIEN VALENTINE, SABRINA VALENTINE, NICOLAS VALENTINE and KATHLEEN A. GERACE as Special Administrator of THE ESTATE OF PHILIP J. VALENTINE<br><br>Defendants | CASE NO.: 2:25-cv-02162-CDS-BNW<br><br>**STIPULATION AND ORDER TO:**<br><br>**WITHDRAW ANSWER [ECF No. 11] OF KATHLEEN A. GERACE as Special Administrator of the ESTATE OF PHILIP J. VALENTINE**<br><br>**and**<br><br>**WITHDRAW CROSSCLAIM AGAINST KATHLEEN A. GERACE [ECF No. 22]**<br><br>[ECF No. 32] |

IT IS HEREBY STIPULATED by and between DEFENDANT/CROSS-DEFENDANT KATHLEEN A. GERACE as Special Administrator of THE ESTATE OF PHILIP J. VALENTINE ("Dr. GERACE") and DEFENDANTS/CROSS-CLAIMANT JANIEN VALENTINE ("Janien"), SABRINA VALENTINE ("Sabrina"), NICOLAS VALENTINE ("Nicolas") (collectively ("Janien'), ("Sabrina"), ("Nicholas") are referred to as "Valentines"), through their undersigned counsel, that the Cross-Claim asserted against Dr. GERACE and the Answer asserted by Dr. Gerace are hereby withdrawn as the result of a settlement agreement ("Agreement") between the parties. Upon stipulation of the parties and for good cause appearing the parties hereby agree and stipulate as follows:

1. On November 3, 2025, ReliaStar Life Insurance Company ("Plaintiff") filed a Complaint for Interpleader Relief initiated the above matter. [ECF No. 1]

2. On January 2, 2026, Dr. Gerace filed an Answer to the Interpleader action filed by Reliastar Life Insurance Company. [ECF No. 11]

3. On February 11, 2026, Valentines filed an Amended Answer, and Cross-Claim against Dr. Gerace. [ECF No. 22].

4. On March 13, 2026, Dr. Gerace filed an Answer to Valentines' Cross-Claim. [ECF No. 28].

5. Pursuant to a Settlement Agreement resolving all disputes between Valentines and Dr. Gerace in this matter, Dr. Gerace agrees to withdraw, with prejudice, her Answer [ECF No. 11] and the Valentines agree to withdraw their Cross-Claim [ECF No. 22], with prejudice, asserted against Dr. GERACE; and

6. The Reliastar Insurance proceeds at issue in this matter shall be released to and held in the Spencer Fane, LLP IOLTA pending resolution of the Nevada State court probate matter.

**IT IS SO STIPULATED.**

DATED this 18th day of August, 2026

**SPENCER FANE LLP**

*/s/ Linda K. Williams*
Vincent J. Aiello, Esq. (Bar No. 7970)
Linda K. Williams, Esq. (Bar No. 12135)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendants/Cross-Claimants Janien Valentine, Sabrina Valentine and Nicholas Valentine*

DATED this 18th day of August, 2026

**ESCOBAR & ASSOCIATES LAW FIRM, Ltd**

*/s/ Christy Brad Escobar*
Christy Brad Escobar, Esq. (Bar No. 2300)
150 North Durango Dr., Suite 230
Las Vegas, NV 89145
*Attorneys for Defendant/Cross-Defendant*
KATHLEEN A. GERACE as Special Administrator of the ESTATE OF PHILIP J. VALENTINE

# ORDER

The court has read and considered the stipulation. For the reasons stated in the stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The stipulation **[ECF No. 32] is approved.**
2. Kathleen A. Gerace's answer, filed on January 2, 2026, **[ECF No. 11] is withdrawn with prejudice**;
3. Janien Valentine, Sabrina Valentine, and Nicholas Valentine's crossclaim, filed on February 11, 2026 **[ECF No. 22] is withdrawn and dismissed with prejudice**;
4. The Clerk of Court is kindly directed to distribute all interpleader funds, plus any accrued interest, held in this case to the Spencer Fane LLP IOLTA, and close this case.

UNITED STATES DISTRICT JUDGE

DATED: September 1, 2026